UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO.: 05CR10167JLT |
| v. | ) |
| | ) VIOLATIONS: |
| RONALD HAZEL, | ) |
| | ) 26 U.S.C. § 7201 |
| Defendant. | ) Tax Evasion |
| | ) |
| | ) 21 U.S.C. § 863 |
| | ) Sale of Drug Paraphernalia |

**INFORMATION**

The United States Attorney charges that:

Background

1. At all relevant times, the defendant, Ronald Hazel, was the President and sole owner of Visionary Concepts of New York, Inc., a Massachusetts corporation doing business as "Shop Therapy", a retail establishment located at 344/346 Commercial Street in Provincetown, Massachusetts.

2. Shop Therapy is a retail store that sells a variety of merchandise, including hemp clothing, tie-dyed t-shirts, jewelry, sunglasses, incense, and adult novelties and toys. Shop Therapy also sells a wide variety of pipes, roach clips, water pipes, bongs, scales, snorters, and devices used to conceal and ingest drugs.

3. The defendant opened and maintained a business bank

account at Cape Cod Bank and Trust in the name of Shop Therapy.

**COUNT 1:(26 U.S.C. § 7201) - (Tax Evasion)**

4.  From on or about January 1, 1998 and continuing at least until on or about April 15, 1999, in the District of Massachusetts,

**Ronald Hazel,**

the defendant herein, unlawfully, willfully, and knowingly did attempt to evade and defeat a large part of the income tax due and owing to the United States of America for calendar year 1998 for his corporation, Visionary Concepts of New York, Inc., by various means, including, among other things, concealing his sales ledger from his accountant, failing to deposit all business receipts in the business bank account, filing false sales tax returns with the Massachusetts Department of Revenue, and failing to file Form 1120, U.S. Corporation Income Tax Return for 1998. (All in violation of Title 26, United States Code, Section 7201.)

<u>COUNT 2</u>:(21 U.S.C. §863) -   Sale of Drug Paraphernalia)

5.  The U.S. Attorney realleges and incorporates by reference paragraphs 1-3 of this Information, and further charges that:

From on or about July 20, 1995 and continuing until on or about July 20, 2000, in the District of Massachusetts,

**Ronald Hazel,**

the defendant herein, through his retail establishment, Shop Therapy, unlawfully did sell and offer for sale drug paraphernalia.

(All in violation of Title 21, United States Code, Section 863(a).)

                    MICHAEL J. SULLIVAN
                    UNITED STATES ATTORNEY

By: _____
    SCOTT LAWSON
    Trial Attorney
    U.S. Department of Justice

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                           05 CR 10167 JLT   **U.S. District Court - District of Massachusetts**

**Place of Offense:** IRS Service Ctr.     **Category No.** III       **Investigating Agency** IRS

**City** Andover                     **Related Case Information:**

**County** Essex                      Superseding Ind./ Inf.   No            Case No.   n/a
                                      Same Defendant _____  New Defendant _____
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number   99-1632, 99-1627, 98-1710-CBS
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Ronald Hazel                                Juvenile   ☐ Yes   [x] No

Alias Name _____

Address   4 Center St., Provincetown, MA 02675

Birth date (Year only):  1948   SSN (last 4 #):  7658   Sex  M   Race:  C       Nationality: unk

**Defense Counsel if known:**   Edward DeFranceschi       **Address:**  6 Beacon St., Boston, MA 02108
                                                                        (617) 723-6068
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Scott Lawson (scott.r.lawson@usdoj.gov)      Bar Number if applicable _____

Interpreter:        ☐ Yes  [x] No       List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   [x] No

☐ Warrant Requested         [x] Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**     ☐ Complaint       [x] Information        ☐ Indictment

**Total # of Counts:**     ☐ Petty ___   ☐ Misdemeanor ___   [x] Felony   2 counts

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  6/22/05           Signature of AUSA: _____

**05CR10167JLT**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____ RONALD HAZEL _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 USC 7201 | Tax Evasion | 1 |
| Set 2 | 21 USC 863(a) | Sale of Drug Paraphernalia | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**