AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF MASSACHUSETTS

## APPEARANCE

CASE NUMBER: CR 05-10167-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RONALD HAZEL

8-17-05
Date

*Signature*

John M. Moscardelli
Print Name

8 Winter St.
Address

Boston    MA.    02108
City    State    Zip Code

617 423 6222
Phone Number