Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 05-10167 JLT |
| | ) |
| RONALD HAZEL | ) |

## WAIVER OF INDICTMENT

I, **RONALD HAZEL**, the above-named defendant, who is accused in the above-referenced matter of tax evasion in violation of 26 U.S.C. §7201, and the unlawful sale of drug paraphernalia in violation of 21 U.S.C. §863, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on August 17, 2005, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
RONALD HAZEL
Defendant

_____
John Moscardelli, Esq.
Counsel for the Defendant

Before: _____
Hon. Joseph L. Tauro
U.S. District Judge

8/17/05