UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 05-10167-JLT |
| ) | |
| v. ) | |
| ) | |
| Ronald Hazel ) | |
| a/k/a Ronny Hazel ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that John P. McAdams, Department of Justice Trial Attorney, Tax Division, Northern Criminal Enforcement Section, is entering his appearance as counsel for the Government in the above captioned case.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:   /s/ John P. McAdams
John P. McAdams
Trial Attorney
Tax Division
Department of Justice
Washington, DC
John.P.McAdams@usdoj.gov