AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Massachusetts

## APPEARANCE

CASE NUMBER: 05-10167

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Ronald Hazel - Defendant

---

Date: 1/4/06

Signature: Edward De Franceschi

Print Name: Edward De Franceschi

Address: 6 Beacon St

City: Boston   State: MA   Zip Code: 02108

Phone Number: 617-723-6068